UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | | |
|---|---|---|
| SHANDLE MARIE RILEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | No. 1:19-cv-304 |
| ~v~ | § | |
| | § | **JURY DEMAND** |
| HAMILTON COUNTY | § | |
| GOVERNMENT, | § | |
| | § | |
| DEPUTY DANIEL WILKEY, | § | |
| In his capacity as a deputy sheriff | § | |
| for Hamilton County Government and | § | |
| in his individual capacity, | § | |
| | § | |
| DEPUTY JACOB GOFORTH, | § | |
| In his capacity as a deputy sheriff | § | |
| for Hamilton County Government and | § | |
| in his individual capacity, | § | |
| | § | |
| *Defendants*. | § | |

### MOTION FOR ORDER REQUIRING DEFENDANT HAMILTON COUNTY GOVERNMENT TO PRESERVE ELECTRONIC EVIDENCE AND DATA AND FOR AN ORDER ALLOWING THE PLAINTIFF TO CONDUCT A FORENSIC EXAMINATION OF ALL COMPUTERS AND DATA PRESERVING DEVICES INVOLVED IN ANY WAY WITH THE TRANSMISSION AND PRESERVATION OF IN-CAR VIDEO CREATED BY HAMILTON COUNTY DEPUTIES AND OTHER LAW ENFORCEMENT PERSONNEL OF HAMILTON COUNTY GOVERNMENT

PLAINTIFF, through counsel, pursuant to Fed. R. Civ. P., Rule 37, moves this Court for an Order that would require Defendant Hamilton County Government ("County") to preserve all electronic data and the devices that the County used to obtain, gather, store, and disseminate audio and video, including, but not limited to computers, servers, and recording devices of any nature used by the County's law enforcement personnel.

In support of this motion, Plaintiff relies upon her Memorandum of Law filed contemporaneously with this Motion.

Respectfully submitted,

By: s/ Robin Ruben Flores
**ROBIN RUBEN FLORES
TENN. BPR #20751
GA. STATE BAR #200745**
Attorney for Plaintiff
4110-A Brainerd Road
Chattanooga, TN 37411
(423) 267-1575
robin@robinfloreslaw.com

CERTIFICATE OF SERVICE

I certify that I have delivered a copy of this motion to all persons noted on the electronic filing receipt and so delivered on the date and time shown on the same receipt.

By: s/ Robin Ruben Flores