# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| WILLIAM EUGENE KLAVER, | ) | |
| | ) | Case No. 1:19-cv-198 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| HAMILTON COUNTY GOVERNMENT, | ) | |
| DANIEL WILKEY, individually and in his | ) | |
| capacity as deputy sheriff for Hamilton | ) | |
| County Government, and TYLER | ) | |
| MCRAE, individually and in his capacity | ) | |
| as deputy sheriff for Hamilton County | ) | |
| Government, | ) | |
| | ) | |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| SHANDLE MARIE RILEY, | ) | |
| | ) | Case No. 1:19-cv-304 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| HAMILTON COUNTY GOVERNMENT, | ) | |
| DANIEL WILKEY, individually and in his | ) | |
| capacity as deputy sheriff for Hamilton | ) | |
| County Government, and JACOB | ) | |
| GOFORTH, individually and in his | ) | |
| capacity as deputy sheriff for Hamilton | ) | |
| County Government, | ) | |
| | ) | |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| JAMES MYRON MITCHELL and | ) | |
| LATISHA SHANA MENIFEE, | ) | Case No. 1:19-cv-305 |
| | ) | |
| *Plaintiffs*, | ) | Judge Travis R. McDonough |
| | ) | |
| v. | ) | Magistrate Judge Christopher H. Steger |
| | ) | |
| | ) | |

| | |
|---|---|
| HAMILTON COUNTY GOVERNMENT, DANIEL WILKEY, individually and in his capacity as deputy sheriff for Hamilton County Government, and BOBBY BREWER, individually and in his capacity as deputy sheriff for Hamilton County Government, | ) ) ) ) ) ) ) ) ) |
| *Defendants*. | ) |

| | | |
|---|---|---|
| ANGEL CHERIE JOHNSON, parent and next friend of Minor C.P.S., | ) ) ) | Case No. 1:19-cv-329 |
| *Plaintiff*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Christopher H. Steger |
| HAMILTON COUNTY GOVERNMENT, DANIEL WILKEY, individually and in his capacity as deputy sheriff for Hamilton County Government, and TYLER MCRAE, individually and in his capacity as deputy sheriff for Hamilton County Government, | ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| DEBRA CUMMINGS, parent and next friend of Minor M.R.S., | ) ) | Case No. 1:19-cv-348 |
| *Plaintiff*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Christopher H. Steger |
| HAMILTON COUNTY GOVERNMENT, DANIEL WILKEY, individually and in his capacity as deputy sheriff for Hamilton County Government, and TYLER MCRAE, individually and in his capacity as deputy sheriff for Hamilton County Government, | ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

| | |
|---|---|
| KELSEY WILSON, | ) |
| | ) Case No. 1:20-cv-16 |
| *Plaintiff*, | ) |
| | ) Judge Travis R. McDonough |
| v. | ) |
| | ) Magistrate Judge Christopher H. Steger |
| HAMILTON COUNTY GOVERNMENT | ) |
| and DANIEL WILKEY, individually and | ) |
| in his capacity as deputy sheriff for | ) |
| Hamilton County Government, | ) |
| | ) |
| *Defendants*. | ) |

| | |
|---|---|
| MICHAEL JOHNSON, parent and next | ) |
| friend of Minor K.G.J., and JENNIFER | ) Case No. 1:20-cv-17 |
| JOHNSON, parent and next friend of | ) |
| Minor K.G.J., | ) Judge Travis R. McDonough |
| | ) |
| *Plaintiffs*, | ) Magistrate Judge Christopher H. Steger |
| | ) |
| v. | ) |
| | ) |
| HAMILTON COUNTY GOVERNMENT, | ) |
| DANIEL WILKEY, individually and in his | ) |
| capacity as deputy sheriff for Hamilton | ) |
| County Government, and TYLER | ) |
| MCRAE, individually and in his capacity | ) |
| as deputy sheriff for Hamilton County | ) |
| Government, | ) |
| | ) |
| *Defendants*. | ) |

| | |
|---|---|
| JOLEEN LEMMONS, guardian and next | ) |
| friend of Minor A.M., | ) Case No. 1:20-cv-19 |
| | ) |
| *Plaintiff*, | ) Judge Travis R. McDonough |
| | ) |
| v. | ) Magistrate Judge Christopher H. Steger |
| | ) |
| HAMILTON COUNTY GOVERNMENT, | ) |
| DANIEL WILKEY, individually and in his | ) |
| capacity as deputy sheriff for Hamilton | ) |
| County Government, and TYLER | ) |

| | |
|---|---|
| MCRAE, individually and in his capacity as deputy sheriff for Hamilton County Government, )<br>)<br>)<br>)<br>*Defendants*. )<br>) | |
| BILLY RAY VINEYARD, next friend of Minor A.O.K., and KAREN TOPPING, next friend of Minor A.O.K., )<br>)<br>)<br>) | Case No. 1:20-cv-20 |
| *Plaintiffs*, )<br>) | Judge Travis R. McDonough |
| v. )<br>) | Magistrate Judge Christopher H. Steger |
| HAMILTON COUNTY GOVERNMENT, DANIEL WILKEY, individually and in his capacity as deputy sheriff for Hamilton County Government, and TYLER MCRAE, individually and in his capacity as deputy sheriff for Hamilton County Government, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| *Defendants*. )<br>) | |
| MAXWELL JARNAGIN, )<br>) | |
| *Plaintiff*, )<br>) | Case No. 1:20-cv-44 |
| v. )<br>) | Judge Travis R. McDonough |
| HAMILTON COUNTY GOVERNMENT and DANIEL WILKEY, )<br>)<br>) | Magistrate Judge Christopher H. Steger |
| *Defendants*. ) | |

**ORDER**

Before the Court is Plaintiffs James Myron Mitchell and Latisha Shana Menifee's amended motion to consolidate cases (Doc. 29, in Case No. 1:19-cv-305). Mitchell and Menifee request that the Court consolidate the above-captioned matters pursuant to Federal Rule of Civil

Procedure 42(a).  (*Id.* at 1–2.)  Additionally, a scheduling conference was held in the above-captioned cases on March 5, 2020, during which the parties discussed consolidation.

Federal Rule of Civil Procedure 42 provides that the Court may consolidate cases that involve a common question of law or fact.  The Court finds that the above-captioned cases will likely involve common questions of law and fact such that it would be in the interest of judicial economy to consolidate them for pretrial purposes.  Accordingly, Plaintiffs Mitchell and Menifee's motion (Doc. 29, in Case No. 1:19-cv-305) is **GRANTED**,[1] and the following cases are **CONSOLIDATED**:

- Case No. 1:19-cv-198 Klaver v. Hamilton County Government et al.
- Case No. 1:19-cv-304 Riley v. Hamilton County Government et al.
- Case No. 1:19-cv-305 Mitchell et al. v. Hamilton County Government et al.
- Case No. 1:19-cv-329 Johnson v. Hamilton County Government et al.
- Case No. 1:19-cv-348 Cummings v. Hamilton County Government et al.
- Case No. 1:20-cv-16 Wilson v. Hamilton County Government et al.
- Case No. 1:20-cv-17 Johnson et al. v. Hamilton County Government et al.
- Case No. 1:20-cv-19 Lemmons v. Hamilton County Government et al.
- Case No. 1:20-cv-20 Vineyard et al. v. Hamilton County Government et al.
- Case No. 1:20-cv-44 Jarnagin v. Wilkey et al.

Case No. 1:19-cv-304 is **DESIGNATED** as the lead case, and all subsequent papers, pleadings, and motions **SHALL** be filed in Case No. 1:19-cv-304.  The Court will decide at an appropriate

---

[1] Plaintiffs Mitchell and Menifee also filed an earlier version of their motion to consolidate cases (Doc. 28, in Case No. 1:19-cv-305), which the Court will **DENY AS MOOT**.

time whether to hold separate trials in some or all of the consolidated matters pursuant to Rule 42(b).

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**