# IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | | |
|---|---|---|
| **SHANDLE MARIE RILEY** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | |
| | ) | No. 1:19-CV-00304 |
| **HAMILTON COUNTY GOVERNMENT** | ) | |
| | ) | |
| **DEPUTY DANIEL WILKEY,** in his | ) | McDonough/Steger |
| capacity as deputy sheriff for Hamilton | ) | |
| County Government and, in his individual | ) | |
| capacity, | ) | |
| | ) | **JURY DEMAND** |
| **DEPUTY JACOB GOFORTH,** in his | ) | |
| capacity as deputy sheriff for Hamilton | ) | |
| County Government and, in his individual | ) | |
| capacity, and | ) | |
| | ) | |
| | ) | |
| *Defendants,* | ) | |

## JOINT MOTION FOR PROTECTIVE ORDER AGAINST UNAUTHORIZED USE OR DISCLOSURE OF CONFIDENTIAL INFORMATION

Comes now all parties to this action and files this Joint Motion for a Protective Order Against Unauthorized Use or Disclosure of Confidential Information. Filed with this motion is an Agreed Order approved of by all parties to this action.

Based on the complaints filed and Initial Disclosures sent by Plaintiffs it would appear that potentially confidential information will be gathered during discovery and possibly filed with motions or introduced at depositions or introduced into evidence in open court at motion hearings or trial.

Allegations of injuries caused by the Defendants requiring medical care and mental health care have been made by all of the Plaintiffs either by an adult Plaintiff or on behalf of a minor Plaintiff. See the complaints in the following cases.

- *Riley v. Hamilton County Government et al*: 1:19-cv-304, Doc. 1-1 Page ID #15 (¶ 82)
- *Mitchell et al v. Hamilton County Government et al*: 1:19-cv-305, Doc. 1-1 Page ID#16 (¶ 99).
- *Johnson v. Hamilton County Government et al*; 1:19-cv-329, Doc. 1-1 Page ID#16 (¶ 106).
- *Lemons v. Hamilton County Government et al*; 1:20-cv-00019 Doc. 1-2 Page ID#26 (¶124).
- *Johnson et al. v. Hamilton County Government et al;* 1:20-cv-17, Doc. 1-2 Page ID#25-26 (¶ 136
- *Vineyard et al. v. Hamilton County Government et al;* 1:20-cv-20, Doc. 3-2 Page ID#76 (¶ 153).
- *Cummings v. Hamilton County Government et al*; 1: 19-cv-00348, Doc. 1-1 Page ID#19 (¶ 111).

This is just a sampling of the allegations contained in these complaints that claim physical or mental injuries.

At least one allegation of a juvenile arrest of Plaintiff A.M. has been made that is characterized as retaliatory by that Plaintiff in *Lemons v. Hamilton County Government et al.* It is very likely that information that is confidential will be received by the parties to this case.

Fed. R. Civ. P. 26(c) specifically authorizes the use of protective orders in appropriate circumstances. Confidentiality orders are certainly allowed by case law in this circuit. The

confidentiality, or secrecy, if you will, of material gained in discovery allowed. See *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich*, 825 F.3d 299, 305 (6th Cir.2016). However, the parties to this case are aware that the confidentiality of this material gained in discovery is still subject to entering the public domain at the litigation stage of the lawsuits here and this issue of information coming into the record under seal is a different issue than that addressed by the Protective Order being proposed here.

The parties jointly request that this court enter the proposed order being filed with this motion.

IT IS SO ORDERED.

------------------------------------------------
CHRIS H. STEGER
UNITED STATES MAGISTRATE JUDGE
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

**TIDWELL & ASSOCIATES, P.C.**

*/s/ W. Gerald Tidwell, Jr.*
**W. Gerald Tidwell, Jr., BPR #10136**
1810 McCallie Ave.
P.O. Box 4369
Chattanooga, TN 37405
(423) 602-7511 (Telephone)
(423) 602-7515 (Facsimile)
wgt@tidwellandassociates.com
***Attorney for Defendant Deputy Jacob Goforth,***
***Bobby Brewer and Tyler McRae***

**ROBIN FLORES LAW**

/s/ *Robin Flores*
**Robin Flores, BPR #020751**
4110-A Brainerd Road
Chattanooga, TN 37411
(423) 267-1575
Email: robin@robinfloreslaw.com
Email: wendisloop@yahoo.com
*Attorney for Shandle Marie Riley, James Myron Mitchell, Latisha Shana Menifee, Angel Cherie Johnson, Debra Cummings, Kelsey Wilson, Michael Johnson, Jennifer Johnson, Joleen Lemmons, Billy Ray Vineyard and Karen Topping*


**HAMILTON COUNTY ATTORNEY'S OFFICE**

/s/ *Dee Hobbs*
**R. Dee Hobbs, BPR#010482**
204 County Courthouse
625 Georgia Avenue
Chattanooga, TN 37402
423-209-6150
Fax: 423-209-6151
Email: bell.hobbslaw@gmail.com
*Attorney for Hamilton County Government*


**HAMILTON COUNTY ATTORNEY'S OFFICE**

/s/ *Sharon McMullan Milling*
**Sharon McMullan Milling, BPR#036876**
204 County Courthouse
625 Georgia Avenue
Chattanooga, TN 37402
423-209-6150
Fax: 423-209-6151
Email: sharonm@hamiltontn.gov
*Attorney for Hamilton County Government*

**PRO SE LITIGANT**

/s/ *William Klaver*
**William Klaver**
P.O. Box 58
Hixson, TN 37343
310-492-3190
jazznblues@live.com
*Pro Se Litigant*


**ADVICE LAW FIRM**

/s/ *James Michah Guster*
**James Micah Guster, BPR #029586**
1502 McCallie Avenue
Chattanooga, TN 37404
423-485-8088
advicelawfirm@gmail.com
*Attorney for Daniel Wilkey*


**CHAMBLISS, BAHNER & STOPHEL, P.C.**

/s/ *James F. Exum*
**James F. Exum, III, BPR #025377**
Liberty Tower
605 Chestnut Street
Suite 1700
Chattanooga, TN 37450
423-756-3000
Email: JFexum@chamblisslaw.com
*Attorney for Daniel Wilkey*


**CHAMBLISS, BAHNER & STOPHEL, P.C.**

/s/ *Logan Chase Threadgill*
**Logan Chase Threadgill, BPR #034470**
Liberty Tower
605 Chestnut Street
Suite 1700
Chattanooga, TN 37450
423-756-3000
Email: lthreadgill@chamblisslaw.com
*Attorney for Daniel Wilkey*