UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SHANDLE MARIE RILEY | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-00304-TRM-CHS (Lead) |
| | ) | Member cases: |
| v. | ) | 1:19-cv-198-TRM-CHS |
| | ) | 1:19-cv-305-TRM-CHS |
| HAMILTON COUNTY GOVERNMENT, | ) | 1:19-cv-329-TRM-CHS |
| DEPUTY DANIEL WILKEY, in his | ) | 1:19-cv-348-TRM-CHS |
| capacity as a deputy sheriff for Hamilton | ) | 1:20-cv-016-TRM-CHS |
| County Government and in his individual | ) | 1:20-cv-020-TRM-CHS |
| capacity, and DEPUTY JACOB GOFORTH, | ) | 1:20-cv-044-TRM-CHS |
| in his capacity as a deputy sheriff | ) | 1:20-cv-017-TRM-CHS |
| for Hamilton County Government and in | ) | 1:20-cv-019-TRM-CHS |
| his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff William Eugene Klaver, who is proceeding pro se in Case No. 1:19-cv-00198, captioned *William Eugene Klaver v. Hamilton County, Tennessee, et al.*, as well as in Case No. 1:19-cv-304, captioned *Shandle Marie Riley v. Hamilton County Government, et al.*, (designated as the Lead Case in this group of consolidated lawsuits) requests that the Court authorize his access to and use of CM/ECF so that Plaintiff may file future pleadings electronically rather than in-person. Rule 5 of the ECF Filing Rules and Procedures of this Court provides that "[a] party to an action who is not represented by an attorney may, with the Court's permission, register as a Filing User solely for purposes of that action." A "Filing User" is defined as "an individual registered with the Court to whom that Court has issued a login and password allowing the individual to access the Electronic Filing System for all permitted purposes." [1] Under normal circumstances, a

---

[1] Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee, available at http://www.tned.uscourts.gov/docs/ecf_rules_procedures.pdf.

*pro se* plaintiff is able to bring papers directly to the Clerk's Office in the Courthouse for filing. However, this option is not desirable given the current COVID-19 pandemic. Therefore, for good cause shown, Plaintiff's request to be allowed to file papers electronically is **GRANTED**.

The Plaintiff shall be allowed access to the ECF system, subject to the same terms and conditions that apply to other users. To obtain access, Plaintiff may complete the online registration at www.pacer.uscourts.gov. Detailed instructions for registration are available on the Court's website at https://www.tned.uscourts.gov/sites/tned/files/efile_reg.pdf. Mr. Klaver may contact the Clerk's Office at 423-752-5200 if he needs further assistance in registering.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE