# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| SHANDLE MARIE RILEY, | ) | Lead Case No. 1:19-cv-304 |
| | ) | |
| *Plaintiff*, | ) | Member Case Nos. |
| | ) |   1:19-cv-305 |
| v. | ) |   1:19-cv-329 |
| | ) |   1:20-cv-16 |
| HAMILTON COUNTY GOVERNMENT, | ) |   1:20-cv-17 |
| DANIEL WILKEY, individually and in his | ) |   1:20-cv-20 |
| capacity as deputy sheriff for Hamilton | ) |   1:20-cv-44 |
| County Government, and JACOB | ) | |
| GOFORTH, individually and in his | ) | Judge Travis R. McDonough |
| capacity as deputy sheriff for Hamilton | ) | |
| County Government, | ) | Magistrate Judge Christopher H. Steger |
| | ) | |
| *Defendants*. | ) | |

## ORDER

Before the Court is a motion to compel or, in the alternative, dismiss the complaint of Plaintiff Kelsey Wilson pursuant to Federal Rules of Civil Procedure 37 and 41 filed by Defendant Daniel Wilkey (Doc. 405 in Case No. 1:19-cv-304; Doc. 302 in Case No. 1:20-cv-16).

U.S. Magistrate Judge Christopher H. Steger issued a report and recommendation, recommending that the Court: (1) grant Wilkey's motion to dismiss; and (2) dismiss Plaintiff Kelsey Wilson's action (Case No. 1:20-cv-16). (Doc. 454 in Case No. 1:19-cv-304; Doc. 341 in Case No. 1:20-cv-16.) No party filed a timely objection to Magistrate Judge Steger's report and recommendation.

The Court agrees with Magistrate Judge Steger's well-reasoned consclusions and hereby **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 454 in Case No. 1:19-cv-304; Doc. 341 in Case No. 1:20-cv-16) to the extent Magistrate Judge Steger recommends dismissing

the claims against Wilkey. Wilkey's motion to dismiss (Doc. 405 in Case No. 1:19-cv-304; Doc. 302 in Case No. 1:20-cv-16) is hereby **GRANTED** and Wilson's claims against Wilkey will be dismissed. Because Defendant Hamilton County did not join the motion to dismiss, the Court will not dismiss Wilson's claims against the County.

The only issue remaining for the Court's determination is whether to dismiss Wilson's claims against Wilkey with or without prejudice. Given Magistrate Judge Steger's well-reasoned analysis of the factors set forth in *Knoll v. AT&T Co.*, 176 F.3d 359, 363 (6th Cir. 1999)), the Court finds that dismissal with prejudice is warranted. Accordingly, Wilson's claims against Wilkey are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**