UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SHANDLE MARIE RILEY, | ) | Lead Case No. 1:19-cv-304 |
| | ) | |
| *Plaintiff*, | ) | Member Case Nos. |
| | ) |   1:19-cv-305 |
| v. | ) |   1:19-cv-329 |
| | ) |   1:20-cv-16 |
| HAMILTON COUNTY GOVERNMENT, | ) |   1:20-cv-17 |
| DANIEL WILKEY, individually and in his | ) |   1:20-cv-20 |
| capacity as deputy sheriff for Hamilton | ) |   1:20-cv-44 |
| County Government, and JACOB | ) | |
| GOFORTH, individually and in his | ) | Judge Travis R. McDonough |
| capacity as deputy sheriff for Hamilton | ) | |
| County Government, | ) | Magistrate Judge Christopher H. Steger |
| | ) | |
| *Defendants*. | ) | |

## ORDER

The Court hereby **CORRECTS** its previous order (Doc. 463 in Case No. 1:19-cv-304) as follows:

The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's report and recommendation (Doc. 454 in Case No. 1:19-cv-304; Doc. 341 in Case No. 1:20-cv-16) in its entirety. Wilkey's motion to dismiss (Doc. 405 in Case No. 1:19-cv-304; Doc. 302 in Case No. 1:20-cv-16) is **GRANTED** and Wilson's claims against Wilkey are hereby **DISMISSED WITH PREJUDICE**. Case No. 1:19-cv-348 is **SEVERED** from the other cases in this consolidated action and will be **DISMISSED WITH PREJUDICE**

      **AN APPROPRIATE JUDGMENT WILL ENTER.**

                                              **/s/ *Travis R. McDonough***
                                              **TRAVIS R. MCDONOUGH**
                                              **UNITED STATES DISTRICT JUDGE**