United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 01/11/2023.

**Case Name:** Bailey White v. Hamilton Cnty Gov, et al
**Case Number:** 22-5409

**Docket Text:**
ORDER filed denying motion to dismiss - jurisdiction [6884390-2] filed by Mr. Robin R. Flores. Entered by order of the court.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Mr. Andrew Cronin Clarke
Mr. Robin R. Flores
Mr. Matthew D. Tidwell
Mr. William Gerald Tidwell Jr.
Ms. LeAnna Wilson