UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BAILEY WHITE, real party of interest and administrator of the estate of SHANDLE MARIE RILEY, *et al.*, | ) ) ) ) | Lead Case No. 1:19-cv-304 |
| | ) | Member Case Nos. |
| | ) | 1:19-cv-305 |
| Plaintiffs, | ) | 1:20-cv-44 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| HAMILTON COUNTY GOVERNMENT, *et al.*, | ) ) | Magistrate Judge Christopher H. Steger |
| | ) | |
| Defendants. | ) ) | |

**ORDER**

Before the Court is Plaintiff Maxwell Jarnagin's motion to remand his case to state court (Doc. 703). In his motion, Jarnagin notes that his "is the only case [of the member cases] in which the only remaining claim is a state court claim."[1] (*Id.* at 2.) Because all of Jarnagin's federal claims have been resolved and only a state claim remains (*See* Doc. 684), the Court will **GRANT** Jarnagin's motion (Doc. 703). *See Ullmo v. Ohio Tpk. & Infrastructure Comm'n*, 126 F. Supp. 3d 910, 920 (N.D. Ohio 2005) ("When a case is removed from state to federal court on the basis of federal question jurisdiction, and subsequently federal claims are dropped from the case, leaving only state claims, a district court has broad discretion in deciding whether to

---

[1] In his motion, Jarnagin alludes to some confusion surrounding Defendant Hamilton County Government's ("County") previously filed remand motion. (Doc. 703, at 2.) As Jarnagin notes, though evidently the County only intended to move to remand Jarnagin's case, Counsel for Plaintiffs in the other related cases filed a response in opposition (*See* Doc. 690), thereby muddying the motion's intended scope. Because the Court now grants Jarnagin's remand motion, it will **DENY AS MOOT** the County's duplicative motion (Doc. 688).

1

remand the case to the state court.") (citations omitted); *see also* 28 U.S.C. § 1367(c)(3) ("The district courts may decline to exercise supplemental jurisdiction over a claim . . . if . . . the district court has dismissed all claims over which it has original jurisdiction . . . .") Accordingly, this action, Case No. 1:20-cv-44, is **SEVERED** from the lead case, Case No. 1:19-cv-304, and is hereby **REMANDED** to the Circuit Court for Hamilton County for further proceedings.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**