Nos. 23-5387/5388

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Oct 20, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| JAMES MYRON MITCHELL (23-5387/5388); LATISHA SHANA MENIFEE (23-5387), <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DANIEL CAMERON WILKEY (23-5387); BOBBY BREWER (23-5388), In their individual and official capacities as Deputy Sheriffs for Hamilton County, TN Government, <br><br> Defendants-Appellants. | O R D E R |

In these consolidated appeals arising from a civil rights action, defendants challenge a district court's interlocutory order denying them qualified immunity on plaintiffs' claims for excessive force, failure to intervene, unreasonable search and seizure, assault, battery, and/or negligence. Each defendant filed a separate appellant brief with a combined total word count of 23,430 words. Plaintiff Mitchell moves for leave to file a single, consolidated appellee brief not to exceed 26,000 words in length.

The motion for leave to file an oversized, consolidated appellee brief is **GRANTED IN PART and DENIED IN PART,** insofar as Plaintiff Mitchell may file a brief not to exceed 23,000 words in length.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 10/20/2023.

**Case Name:**   James Mitchell, et al v. Hamilton Cnty, TN Gov., et al
**Case Number:**   23-5387

**Docket Text:**
ORDER filed - The motion for leave to file an oversized, consolidated appellee brief is GRANTED IN PART and DENIED IN PART, insofar as Plaintiff Mitchell may file a brief not to exceed 23,000 words in length. [23-5387, 23-5388]

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Mr. Andrew Cronin Clarke
Mr. James Exum III
Mr. Robin R. Flores
Mr. Matthew D. Tidwell
Mr. William Gerald Tidwell Jr.
Ms. LeAnna Wilson